Same case below, 441 Fed. Appx. 243.

**No. 11-7906. Scottie Lee Martinez, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1130, 181 L. Ed. 2d 1007, 2012 U.S. LEXIS 629.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 453 Fed. Appx. 342.

**No. 11-7907. Rajendrasinh Babubahai Makwana, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1130, 181 L. Ed. 2d 1007, 2012 U.S. LEXIS 645.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 445 Fed. Appx. 671.

**No. 11-7909. Cesar J. Abarca, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1130, 181 L. Ed. 2d 1007, 2012 U.S. LEXIS 661.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 657 F.3d 811.

**No. 11-7912. Kelvin G. Moss, aka Kelvin Girard Moss, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1131, 181 L. Ed. 2d 1007, 2012 U.S. LEXIS 706.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 445 Fed. Appx. 632.

**No. 11-7913. Kelvin Darnell Wade, Petitioner v. United States.**

565 U.S. 1173, 132 S. Ct. 1131, 181 L. Ed. 2d 1007, 2012 U.S. LEXIS 646.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7915. Wayne Trought, Petitioner v. United States.**

565 U.S. 1173, 132 S. Ct. 1131, 181 L. Ed. 2d 1007, 2012 U.S. LEXIS 670.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 379 Fed. Appx. 838.

**No. 11-7919. David W. Webb, Petitioner v. United States.**

565 U.S. 1173, 132 S. Ct. 1131, 181 L. Ed. 2d 1007, 2012 U.S. LEXIS 677.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 655 F.3d 1238.